UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**CALEB SCOTT**<br> a/k/a Kaleb Scott,<br><br>Defendant. | Case No.: 3:15-cv-00730-AC<br><br><br>JUDGMENT AND ORDER |

This matter before the court on plaintiff's motion, the court finds and ORDERS:

(1) Defendant Caleb Scott has willfully infringed the rights of plaintiff in violation of 17 U.S.C. §501, et seq.

(2) Defendant Caleb Scott has willfully refused to participate in these proceedings with notice.

(3) Defendant Caleb Scott has been properly served by personal service.

(4) Statutory damages are proper to both compensate the plaintiff and provide notice and to act as a deterrence to others. *Sony BMG Music Entm't v. Tenenbaum*, 660 F.3d 487, 500 (1st Cir. 2011), *cert. denied*, (U.S. May 21, 2012). To compensate the plaintiff and provide proper notice and deterrence to others, statutory damages in the sum of $5,000 are awarded to plaintiff.

(5) A permanent injunction is ordered enjoining defendant from infringing plaintiff's rights in their motion picture, including without limitation using the Internet to reproduce,

distribute or copy plaintiff's motion picture, and further directing defendant to destroy all unauthorized copies of plaintiff's motion picture and to delete all software used to make or distribute those copies or exchange unlicensed content using BitTorrent protocol.

(6) Defendant is further enjoined from using BitTorrent or the Internet for the copying or downloading of content in violation of U.S. Copyright law.

(7) Plaintiff is awarded reasonable costs and fees to be determined pursuant to FRCP 54.

(8) Plaintiff shall effect service of this order by mailing to the defendant at his best known address.

Dated this __21st__ day of April, 2016.

/s/ Michael W. Mosman
Chief United States District Judge
Michael W. Mosman