UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**CALEB SCOTT,**<br>a/k/a Kaleb Scott<br><br>　　　　Defendant. | Case No.: 3:15-cv-00730-AC<br><br>STIPULATED<br>SUPPLEMENTAL<br>JUDGMENT AND ORDER |

MOSMAN, J.,

As attested by the signatures of counsel for the parties below, this matter is before the court on the parties' joint stipulation to address any and all outstanding issues in this action, including the pending Motion for Attorney Fees and Costs [44] and any supplemental award that might be assessed against any party.

Wherefore, the court finds and ORDERS:

In addition to the findings of the Judgment and Order [41] of April 21, 2016, plaintiff is further awarded costs and fees in the agreed sum of $7,000.00.

With entry of this order this matter is terminated.

DATED this 12 day of September, 2016

　　　　　　　　　　　　　　　　　　／s／ Michael W. Mosman
　　　　　　　　　　　　　　　　　　MICHAEL W. MOSMAN
　　　　　　　　　　　　　　　　　　Chief United States District Judge

///

So Stipulated:

| For Defendant: | For Plaintiff: |
|---|---|
| /s/ Kristin M. Asai | /s/ Carl D. Crowell |
| Shannon Armstrong, OSB No. 060113 | Carl D. Crowell, OSB No. 982049 |
| ShannonArmstrong@MarkowitzHerbold.com | email: carl@crowell-law.com |
| Kristin M. Asai, OSB No. 103286 | CROWELL LAW |
| KristinAsai@MarkowitzHerbold.com | P.O. Box 923 |
| MARKOWITZ HERBOLD PC | Salem, OR 97308 |
| Suite 3000 Pacwest Center | (503) 581-1240 |
| 1211 SW Fifth Avenue | |
| Portland, OR 97204 | |
| Tel: (503) 295-3085 | |